CLARE E. CONNORS
United States Attorney
District of Hawaii

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
michael.albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 20, 2023, 4:55 pm
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAYLA FARRIS,<br><br>    Defendant. | MAG. NO. 23-01105 KJM<br>(District of Hawaii)<br><br>CR. NO. 23-22-01393 PHX SMB<br>(District of Arizona)<br><br>DECLARATION OF GABRIEL KEOWN; EXHIBIT 1 |

### DECLARATION OF GABRIEL KEOWN

I, GABRIEL KEOWN, declare and state as follows:

1. I am a Special Agent with Federal Bureau of Investigation.

2. I am informed and believe that on March 29, 2023, a Violation Notice was filed in the District of Arizona, charging CAYLA FARRIS, the defendant, with violating the conditions of his/her pretrial release.

3. I am informed and believe that on March 29, 2023, Deputy Clerk Kenneth G. Miller in the United States District Court, District of Arizona issued a warrant for the defendant's arrest.

4. Pursuant to this warrant, FBI agents arrested CAYLA FARRIS, the defendant, in this District on July 20, 2023.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Arrest Warrant filed in the District of Arizona, with the "Return" section completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2023, at Honolulu, Hawaii.

GABRIEL KEOWN
SPECIAL AGENT, FBI

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, July 20, 2023.

Kenneth J. Mansfield
United States Magistrate Judge

2